IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**LARRY WALKER**                                                                                    **PLAINTIFF**

**VS.**                                                                         **CIVIL ACTION NO. 5:04CV252LR**

**AMOCO OIL CO., ET AL**                                                                **DEFENDANTS**

## AGREED FINAL JUDGMENT OF DISMISSAL

**THE COURT**, being advised that plaintiff, Larry Walker, and defendant, CITGO Petroleum Corporation have compromised and settled the above captioned civil action, and that the parties request that the Court enter a final judgment dismissing this defendant from this action with prejudice:

**IT IS HEREBY ORDERED AND ADJUDGED** that CITGO Petroleum Corporation is dismissed with prejudice, with each party to bear its own costs.

**SO ORDERED** this 14th day of August, 2006.

/s/ Tom S. Lee
**U. S. DISTRICT COURT JUDGE**

AGREED:
/s/ Jennifer Ingram Wilkinson
Jennifer Ingram Wilkinson

Attorney for Plaintiffs
/s/ Michelle Moritz by JIW with permission
Michelle Moritz
Attorney for CITGO Petroleum Corporation

Order 2006-08-10 Agreed Final Judgment of Dismissal